**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YAJAIRA ARACENA,**

    **Plaintiff,**

**v.**                                                **Case No: 8:20-cv-528-T-35AEP**

**MIDLAND FUNDING, LLC and**
**MIDLAND CREDIT MANAGEMENT,**
**INC.,**

    **Defendants.**

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 20, 2020, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 11) Therefore, it is hereby **ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from May 29, 2020, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of May, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party